IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| PBM NUTRITIONALS, LLC,           )<br>                                                  )<br>            Plaintiff,                         )<br>                                                  )<br>v.                                                )      Case No.   3:09cv194<br>                                                  )<br>ARCH INSURANCE COMPANY, and  )<br>ACE AMERICAN INSURANCE COMPANY, )<br>                                                  )<br>            Defendants.                     ) | |

## STIPULATION OF DISMISSAL

Plaintiff, PBM Nutritionals, LLC, and Defendants, Ace American Insurance Company and Arch Insurance Company, by counsel, and pursuant to this Court's March 2, 2011 Order (docket no. 174), jointly move the Court for an Order pursuant to Fed. R. Civ. P. 41(a)(2) dismissing all claims among the parties, in the above-styled civil action, without prejudice; each party to bear its own costs.

**PBM NUTRITIONALS, LLC**

By:  /s/ Robert F. Redmond, Jr.
Robert F. Redmond, Jr., Esq. (VSB # 32292)
rredmond@williamsmullen.com
Brendan D. O'Toole, Esq. (VSB # 71329)
botoole@williamsmullen.com
WILLIAMS MULLEN
200 South 10th St.
PO Box 1320
Richmond, VA  23219
Phone:    804.420.6000
Fax:         804.420.6507
*Counsel for PBM Nutritionals, LLC*

**ACE AMERICAN INSURANCE COMPANY and
ARCH INSURANCE COMPANY**

By: \_\_\_/s/ Rowland Braxton Hill, IV\_\_
Rowland Braxton Hill, IV, Esq.
Email: bhill@cblaw.com
Christian & Barton LLP
909 E Main St
Suite 1200
Richmond, VA 23219-3095
804-697-4108
Fax: 804-697-6108

Richard C. Bennett, Esq. (admitted *pro hac vice*)
Cozen O'Connor
1900 Market St
Philadelphia, PA 19103
215-665-2114
Fax: 215-701-2114
Email: rbennett@cozen.com
*Counsel for Ace American Insurance Company and Arch Insurance Company*
14316988_1.DOC